469 A.2d 286

Commonwealth v. Devlin, Appellant.

Submitted October 3, 1983.  Jimmie Moore, for ap-

574

pellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence vacated for aggravated assault, and affirmed in all other respects.